Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

| MAQUILACERO S.A. de C.V. and |
| TECNICAS DE FLUIDOS S.A. de C.V., |
| |
| **Plaintiffs,** |
| v. |
| UNITED STATES, |
| **Defendant.** |

**SUMMONS**  Court No. 25-00176

TO:   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ **Mario Toscano**
Clerk of the Court

1.  Plaintiffs in this action are Maquilacero S.A. de C.V. ("Maquilacero") and Tecnicas de Fluidos S.A. de C.V. ("TEFLU"). Maquilacero is a foreign producer of light-walled rectangular pipe and tube from Mexico. TEFLU is a producer and exporter of automotive parts made from light-walled rectangular pipe and tube from Mexico. Plaintiffs Maquilacero and TEFLU actively participated in the antidumping duty proceeding before the U.S. Department of Commerce upon which the contested determination was based and are interested parties pursuant to 19 U.S.C. § 1677(9)(A). Plaintiffs have standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c). Therefore, Plaintiffs have standing to commence this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii) and 1516a(g)(3)(A)(i).
    (Name and standing of plaintiff)

2.  Plaintiffs contest certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Light-Walled Rectangular Pipe and Tube from Mexico: Final Results of Antidumping Duty Administrative Review; 2022–2023*, 90 Fed. Reg. 25232 (Dep't Commerce June 16, 2025).
    (Brief description of contested determination)

3.  The contested final antidumping duty results were issued by the Department of Commerce on June 11, 2025.
    (Date of determination)

4. <u>The final results of the antidumping duty review for the period August 1, 2022 – July 31, 2023 were published on June 16, 2025.</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

                                                                      Diana Dimitriuc Quaia

                                                                      ARENTFOX SCHIFF LLP
1717 K Street, NW
Washington, DC 20006-5344
(202) 857-6291
diana.dimitriuc-quaia@afslaw.com

**/s/ Diana Dimitriuc Quaia**
Signature of Plaintiff's Attorney

August 4, 2025
     Date

**SEE REVERSE SIDE**

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch-Civil Division
Room 346
26 Federal Plaza
New York, N.Y. 10278

Jeanne E. Davidson
Director,
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
1401 Constitution Avenue, NW
Washington, D.C. 20230

Evangeline Keenan, Director
APO/Dockets Unit
U.S. Department of Commerce
Room 18022
14th Street and Constitution Avenue, NW
Washington, D.C. 20230