UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| MAQUILACERO S.A. de C.V, <br><br> and <br><br> TECNICAS de FLUIDOS S.A. de C.V. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> NUCOR TUBULAR PRODUCTS INC., <br><br> Defendant-Intervenor. | Court No. 25-00176 |

**DEFENDANT'S RESPONSE TO PRODUCTOS**
**LAMINADOS DE MONTERRAY S.A. DE C.V.'S MOTION TO INTERVENE**

Pursuant to Rules 24(a), 24(b), and 24(c) of the Rules of the United States Court of International Trade, defendant, the United States, respectfully submits this response to the September 12, 2025 motion filed by Productos Laminados de Monterray S.A. de C.V. (Prolasma) [ECF No. 21].

On September 12, 2025, Prolasma sought the Government's position on its motion to intervene. Also on September 12, 2025, the Government informed Prolasma that we intended to file a response to its motion. In its motion, Prolasma argues that it may intervene as of right pursuant to 28 U.S.C. § 2631(j)(1)(B). ECF No. 21.

The United States takes no position on Prolasma's motion to intervene. We note that if Prolasma is permitted entry as plaintiff-intervenor, it must be limited to arguments raised in the plaintiffs' complaint. *See, e.g.*, *Vinson v. Washington Gas Light Co.*, 321 U.S. 489, 498 (1944) (explaining that an intervening party "is admitted to a proceeding as it stands, and in respect of the pending issues, but is not permitted to enlarge those issues.").

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
| OF COUNSEL:<br>KARL MUELLER<br>Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement and Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | /s/ Kelly E. Palamar<br>KELLY E. PALAMAR<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202-305-7667<br>E-mail: kelly.palamar@usdoj.gov |
| September 22, 2025 | *Attorneys for Defendant United States* |