UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| MAQUILACERO S.A. de C.V., and<br>TECNICAS de FLUIDOS S.A. de C.V.<br><br>    Plaintiffs,<br><br> and<br><br>PRODUCTOS LAMINADOS de MONTERRAY<br>S.A. de C.V.<br><br>    Plaintiff-Intervenor,<br><br> v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br> and<br><br>NUCOR TUBULAR PRODUCTS INC.,<br><br>    Defendant-Intervenor. | Court No. 25-00176 |

**NOTICE OF APPROPRIATIONS**

   Pursuant to this Court's October 2, 2025 order on the Government's motion to stay, the Department of Justice hereby provides notice that on November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys are permitted to resume their usual civil litigation functions as of November 13, 2025.

                 Respectfully submitted,

                 BRETT A. SHUMATE
                 Assistant Attorney General

                                                PATRICIA M. McCARTHY
                                                Director

                                                CLAUDIA BURKE
                                                Deputy Director

                                                /s/ Kelly E. Palamar
                                                KELLY E. PALAMAR
                                                Trial Attorney
                                                Commercial Litigation Branch
                                                Civil Division
                                                Department of Justice
                                                P.O. Box 480
                                                Ben Franklin Station
                                                Washington, D.C. 20044
                                                (202) 305-7667
                                                kelly.palamar@usdoj.gov

Date:  November 14, 2025                *Attorneys for Defendant*